422 A.2d 1164

Commonwealth v. Kenney, Appellant.

Submitted March 22, 1979. Lenora M. Smith, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.